## A98A1828. BOLDEN v. THE STATE.
(530 SE2d 254)

RUFFIN, Judge.

In *Bolden v. State*,[1] the Supreme Court reversed the judgment of this Court in which we affirmed Bolden's conviction for driving under the influence.[2] Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this Court.

*Judgment reversed. Pope, P. J., and Ellington, J., concur.*

DECIDED MARCH 1, 2000.

*William C. Head*, for appellant.
*Joseph J. Drolet, Solicitor*, for appellee.

## A98A2218. EDWARDS et al. v. DEPARTMENT OF CHILDREN & YOUTH SERVICES.
(530 SE2d 254)

ANDREWS, Presiding Judge.

In *Edwards v. Dept. of Children & Youth Svcs.*, 271 Ga. 890 (525 SE2d 83) (2000), the Supreme Court reversed this Court's opinion in *Edwards v. Dept. of Children & Youth Svcs.*, 236 Ga. App. 696 (512 SE2d 339) (1999). Therefore, we vacate our earlier opinion, adopt the opinion of the Supreme Court as our own, and remand the case to the trial court for proceedings not inconsistent with the opinion of the Supreme Court.

*Judgment reversed and case remanded. Pope, P. J., and Ruffin, J., concur.*

DECIDED MARCH 1, 2000.

*Watkins, Lourie & Roll, Joseph W. Watkins, Lance D. Lourie, Langdale, Vallotton, Linahan, Threlkeld & Wetherington, William P. Langdale, Jr., William P. Langdale III*, for appellants.

*Thurbert E. Baker, Attorney General, Patricia Guilday, Assistant Attorney General, Capers, Dunbar, Sanders & Bruckner, Paul H. Dunbar III, Ziva P. Bruckner*, for appellee.

---

[1] 272 Ga. 1 (525 SE2d 690) (2000).
[2] *Bolden v. State*, 237 Ga. App. 195 (514 SE2d 32) (1999).